```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TROY HARRIS,

                         Petitioner,            04 Civ. 1113 (RPP)
                                                00 Cr. 105 (RPP)

            - against -                         ORDER

UNITED STATES OF AMERICA,

                         Respondent.
-----------------------------------------------------------------X
```

**ROBERT P. PATTERSON, JR., U.S.D.J.**

On August 10, 2005, this Court filed an Opinion and Order denying the petition by Troy Harris to vacate or correct his sentence pursuant to 28 U.S.C. § 2255 and the petitioner's motion under Federal Rules of Civil Procedure 9(a). On September 9, 2005, the Court received a letter from petitioner notifying the Court that the Clerk's Office had refused to file petitioner's papers on August 18, 2005 due to petitioner's failure to serve a copy of his papers on his opponent. This is a proper ground for the Clerk's Office to refuse to file papers. The papers sent by petitioner to the Court, attached hereto, fail to reflect any proof of service of petitioner's papers on the Office of the United States Attorney for the Southern District of New York. Accordingly, petitioner's application to the Court for an order to file these documents is denied. This case was closed by the Opinion and Order dated August 10, 2005. No further papers contesting issues may be filed by either party in this Court.

IT IS SO ORDERED.

Dated: New York, New York
September 15, 2005

_____
Robert P. Patterson, Jr.
U.S.D.J.

Copies of this Order sent to:

Pro Se Petitioner

Troy Harris
#48769-054
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

Michael J. Garcia, United States Attorney
Southern District of New York
ATTN: Marcia S. Cohen, A.U.S.A.
One St. Andrew's Plaza
New York, NY 10007