UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

00 Cr. 105 (RPP)

v.

**OPINION AND ORDER**

TROY HARRIS,

                        Defendant.
--------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

On October 22, 2008, this Court reduced its sentence of Defendant Troy Harris
from 188 months of imprisonment to 151 months in view of the decision of the
United States Sentencing Commission to reduce retroactively sentences for defendants
convicted of crack cocaine offenses by two levels pursuant to 18 U.S.C. § 3582(c)(2).
See 28 U.S.C. § 994(u).

Thereafter, Defendant, by letter dated October 26, 2008, suggested that the Court
should take up issues raised at sentencing that were not taken into consideration in the
Court's Order of October 22, 2008.  By Order dated October 30, 2008, the Court asked
the Defendant if he wanted to pursue those issues and by letter dated November 7, 2008
(received November 18, 2008). Defendant responded that he wished to pursue those
issues.  Accordingly, on November 19, 2008, the Court assigned counsel on November
19, 2008 to advise Defendant on those issues, and on May 18, 2009 counsel filed papers
on Defendant's behalf.  The Government's response was filed on June 12, 2009.

As set forth in the Government response, this Court, having reduced Defendant's
sentence to 151 months pursuant to 18 U.S.C. § 3582(c), is precluded from reducing

1

Defendant's sentence any further under the plain language of Guideline § 1B1.10.  See
United States v. Savoy, 567 F.3d 71, 72 (2d Cir. 2009) (the "Court shall not reduce the
Defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and this policy
statement to a term that is less than the minimum of the amended Guideline Range....").

Since Guideline § 1B1.10 is binding on sentencing courts, Defendant's motion for
a further reduction in his sentence is denied.

IT IS SO ORDERED.

Dated: New York, New York
       July 27, 2009

                                        Robert P. Patterson, Jr.
                                             U.S.D.J.

Copies of this Opinion and Order sent to:

*Counsel for Defendant*:

Julie Ann Clark
32 Court Street
Brooklyn , NY 11201
Tel: (718) 625-6888
Fax: (718) 625-6977

*Counsel for Government*:

Lev L. Dassin
Acting United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
Attn:   David M. Rody, A.U.S.A.
Tel:    212-637-2304
Fax:    212 637-0084